**AMGEN INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

and

**Roche Holding Ltd., F. Hoffmann–La Roche Ltd., Roche Diagnostics GmbH, and Hoffmann–La Roche, Inc., Intervenors.**

No. 2007–1014.

United States Court of Appeals, Federal Circuit.

April 30, 2009.

Michelle Walters, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, filed a combined petition for panel rehearing and rehearing en banc for appellee. With her on the petition were James M. Lyons, General Counsel, and Wayne W. Herrington, Assistant General Counsel.

Kent R. Stevens, Cadwalader, Wickersham & Taft LLP, of Washington, DC, filed a combined petition for panel rehearing and rehearing en banc for intervenors. With him on the petition was Evelyn G. Heilbrunn. Of counsel on the petition were Bartholomew Vedirame, Michael P. Dougherty, and Tony V. Pezzano, of New York, NY. Also on the petition were V. James Adduci II, Adduci, Mastriani & Schaumberg, LLP, of Washington, DC, and Leora Ben–Ami, Patricia A. Carson, Thomas F. Fleming, Howard S. Suh, and Manvin Mayell, Kaye Scholer LLP, of New York, NY.

Lloyd R. Day, Jr., Day Casebeer Madrid & Batchelder LLP, of Cupertino, CA, filed a response to the petitions for appellant. Of counsel on the response were Cecilia H. Gonzalez and Margaret D. Macdonald, Howrey LLP, of Washington, DC.

Before MICHEL, Chief Judge, NEWMAN, MAYER, LOURIE, RADER, SCHALL, BRYSON, GAJARSA, LINN,

---

and PROST, Circuit Judges.*

## ORDER

PER CURIAM.

This case was heard by a panel of three judges. Combined petitions for panel rehearing and rehearing *en banc* were filed by the International Trade Commission and Roche Holding Ltd., F. Hoffmann–La Roche, Ltd., Roche Diagnostics GmbH, and Hoffman–La Roche, Inc. A response was invited by the court and filed by Amgen Inc. The petition for rehearing *en banc* and response having been referred to the circuit judges who are in regular active service, and a poll having been requested and taken,

IT IS ORDERED THAT:

Rehearing *en banc* is granted for the limited purpose of authorizing the panel to revise part II of its opinion.

The judgment of the court entered on March 19, 2008, and reported at 519 F.3d 1343, is hereby vacated, and the opinion of the court accompanying the judgment is withdrawn.

The *en banc* court returns this appeal to the merits panel, which issues the revised opinion that accompanies this order.